### VAN NAME v. QUEENS LAND & TITLE CO.

(Supreme Court, Appellate Division, First Department. April 29, 1910.)

JUDICIAL SALES (§ 28*)—ENFORCEMENT OF BID.

Though it be conceded, in a proceeding to compel the purchaser at a judicial sale to take title, that the proper course was to order a new sale, such an order cannot be made therein; but motion therefor must be made in the action in which the sale was made.

[Ed. Note.—For other cases, see Judicial Sales, Cent. Dig. § 55; Dec. Dig. § 28.*]

Appeal from Special Term, New York County.

Action by William H. Van Name against the Queens Land & Title Company. From an order denying his motion to compel the assignee of the purchaser at a judicial sale to complete the purchase, said Van Name appeals. Affirmed.

See, also, 130 App. Div. 857, 115 N. Y. Supp. 905.

Argued before INGRAHAM, P. J., and CLARKE, SCOTT, McLAUGHLIN, and DOWLING, JJ.

Charles Goldzier, for appellant.

Richard T. Greene, for respondent.

PER CURIAM. Although it was conceded upon the argument that the proper course to pursue was to order a resale, instead of proceeding at once against the purchasers to take title, such an order cannot be made in this kind of a proceeding. A motion to that effect should be made in the action in which the sale was ordered.

- The order, therefore, is affirmed, without costs to either party, without prejudice to a motion in the action for a resale.